# DISCOVERY PLAN WORKSHEET
## Phase I (Pre-Settlement Discovery)

Deadline for completion of Rule 26(a) initial disclosures
and HIPAA-complaint records authorizations:     8/9/2016

Completion date for Phase I Discovery
as agreed upon by the parties:     9/26/2016
*(Reciprocal and agreed upon document production
and other discovery necessary for a reasoned consideration
of settlement. Presumptively 60 days after Initial Conference.)*

Status conference date TBD by the Court:
(*Generally 15 days post Phase I Discovery*)

## Phase II Discovery and Motion Practice

Motion to join new parties or amend the pleadings:     8/8/2016
*(Presumptively 15 days post status conference)*

First requests for production of documents
and for interrogatories due by:     11/11/2016
*(Presumptively 15 days post joining/amending)*

All fact discovery completed by:     4/27/2017
*(Presumptively 3.5 months post first
requests for documents/interrogatories )*

Exchange of expert reports completed by:     n/a
*(Presumptively 30 days post fact discovery)*

Expert depositions completed by:     n/a
*(Presumptively 30 days post expert reports)*

Final date to take first step in dispositive motion practice:     5/26/2017
*(Parties are directed to consult the District Judge's
individual rules regarding such motion practice.
Presumptively 30 days post expert depositions)*

**COMPLETION OF ALL DISCOVERY BY:**     ==4/27/2017==
*(Presumptively 9 months after Initial Conference)*

Submission of joint pre-trial order:     6/26/2017

Final Pre-Trial Conference TBD by the Court: